

221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
T: 787.766.7000 • F: 787.766.7001

December 18, 2020

**THROUGH CERTIFIED MAIL AND ELECTRONIC CORRESPONDENCE**

**Alan Bram Goldman**
**1014 Terrace St**
**Montpelier, VT 05602**
**T: 802-229-1236**
**email: goldiefun@msn.com**

Re: **Confirmation of Closing**

Dear Mr. Goldman,

We represent Teal Peak Capital LLC ("TPC") with respect to certain purchase of your real estate property located in The Estates, Dorado (Puerto Rico) (the "Property"). As you are well aware, TPC has complied with all of its obligations under the Option to Purchase Agreement, executed on October 23, 2020 (the "Option"). Pursuant to the Option and conditioned on TPC providing a total deposit of $800,000.00 USD, you agreed to close and sell the Property no later than December 23, 2020 (the "Closing Date"). As you can imagine, our clients are eager to finalize this transaction, especially with the Christmas holidays coming around the corner.

To date, all necessary parties to finalize the transaction have confirmed. Namely, TPC approved the settlement and confirmed for the Closing Date by electronic communication on December 11, 2020; the closing agent (Ms. Donato) confirmed the readiness of all required documents and summaries by electronic communication on December 11, 2020; and Attorney Miguel Carbonell (the notary) confirmed his readiness on the same date. In other words, the funds are ready, our clients are ready, the balance sheet is approved, and the notary has his stamp and ink ready to go.

Please confirm that you, through the corresponding power of attorney, will be ready for the Closing Date, and that TPC, alongside the respective attorneys and notaries, will be able to finalize the transaction for the purchase of the Property on or before the Closing Date. Be aware that if the terms of the Option are not met, and our clients cannot close on the Closing Date for reasons not attributable to them, we will not be shy in exercising all legal options at our disposal.

We look forward to your written confirmation at your earliest convenience.

Best,

Jean G. Vidal Font

www.ferraiuoli.com