# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**Teal Peak Capital, LLC**

**Plaintiff**

**Case No.: 3:20-cv-01747**

*vs.*

**Alan Bram Goldman**

**Defendant**

## AFFIDAVIT OF DUE DILIGENCE

I, Mark Schwartz, a Private Process Server, having been duly authorized to make service of the Summons, Notice of Issuance of Summons, Complaint with Exhibits, Category Sheet, and Civil Cover Sheet in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Alan Bram Goldman with the above named process.

That on December 29, 2020 at 4:00 PM, I attempted to serve Alan Bram Goldman at 1014 Terrace Street, Montpelier, Vermont 05602. On this occasion, I received no answer at the door.

That on December 30, 2020 at 10:00 AM, I attempted to serve Alan Bram Goldman at 1014 Terrace Street, Montpelier, Vermont 05602. On this occasion, again, I received no answer at the door.

That on December 31, 2020 at 1:00 PM, I attempted to serve Alan Bram Goldman at 1014 Terrace Street, Montpelier, Vermont 05602. On this occasion, still, I received no answer at the door. Accordingly, I spoke with a neighbor of the residence who advised that Alan Bram Goldman is not answering the door for anyone at the moment, likely because of the COVID-19 heath crisis. They had no additional information to provide to me on Alan Bram Goldman's whereabouts.

That on January 7, 2021 at 12:30 PM, I attempted to serve Alan Bram Goldman at 190 Northwood Drive, Building D, #9, East Montpelier, Vermont 05667. On this occasion, I received no answer at the door and I could not locate Alan Bram Goldman on the property. I did observe a sign for ABG Property Management, and it stated per COVID-19 policy to call Alan at (802)-229-1236, but I did not receive an answer after calling. I was also able to speak with the property manager of the address, who advised that Alan spends no time here, and to try calling him.

That on January 8, 2021 at 2:00 PM, I attempted to serve Alan Bram Goldman at 190 Northwood Drive, Building D, #9, East Montpelier, Vermont 05667. On this occasion, again, I received no answer at the door, and I could not locate Alan Bram Goldman on the property. I attempted to call Alan again at (802)-229-1236, but I did not receive an answer.

That on January 9, 2021 at 10:00 AM, I attempted to serve Alan Bram Goldman at 190 Northwood Drive, Building D, #9, East Montpelier, Vermont 05667. On this occasion, yet again, I received no answer at the door. To date, I have not received a response from Alan Bram Goldman.

I declare under penalty of perjury that this information is true.

__1/20/21__
Executed On



_Mark Schwartz_

Client Ref Number:3880.3
Job #: 1585041

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050