# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**TEAL PEAK CAPITAL, LLC;**

Plaintiff,

   v.

**ALAN BRAM GOLDMAN;**

Defendants.

Civil No. 3:20-cv-01747 (PAD)

**BREACH OF CONTRACT; SPECIFIC PERFORMANCE OF CONTRACT REIMBURSEMENT OF FUNDS COSTS AND EXPENSES**

## ORDER FOR SERVICE BY PUBLICATION

Upon examination of plaintiff  Teal Peak Capital, LLC's "Request for Order to Serve Process by Publication" dated February __, 2021 (Docket No. 1), and it appearing from that motion that defendant **Alan Bram Goldman** lives in the United States of America, and it further appearing from the Complaint that a claim exists that justifies granting a remedy against the Defendant.

It is ordered that defendant **Alan Bram Goldman** be served by publication to be made once in a newspaper of general circulation in the Commonwealth of Puerto Rico, and that Defendant appear, plead or answer the complaint no later than thirty (30) days after notification of the publication of the summons, by serving the original of Defendant's plea or answer in the United States District Court for the District of Puerto Rico and serving a copy to counsel for Plaintiff. In default thereof, this Court will proceed to the adjudication of this case.

IT IS FURTHER ORDERED that a copy of the Complaint shall be sent to Defendant's last known address(es) by certified mail, return receipt requested, within ten (10) days of the publication.

IT IS SO ORDERED.

San Juan, Puerto Rico, _____ of January 2021.

 

_____
Pedro A. Delgado-Hernández
United States District Judge