UNITED STATES DISTRICT COURT
For the District of Puerto Rico

| | |
|---|---|
| **TEAL PEAK CAPITAL, LLC;** <br><br> Plaintiff, <br><br> v. <br><br> **ALAN BRAM GOLDMAN;** <br><br> Defendants. | Civil No. 3:20-cv-01747 (PAD) <br><br> **BREACH OF CONTRACT; SPECIFIC PERFORMANCE OF CONTRACT; REIMBURSEMENT OF FUNDS, COSTS AND EXPENSES** |

## SUMMONS BY PUBLICATION

To:  **Alan Bram Goldman ("Goldman" and/or "Defendant").**
**1014 Terrace St., Montpelier, Vermont, USA, 05602.**

Pursuant to the Order for service by publication entered on 01/27/2021 by the Honorable Pedro A. Delgado-Hernández United States District Judge (Docket No.8), you are hereby SUMMONED to appear, plead or answer the *Complaint* filed in the captioned case no later than thirty (30) days after publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff:

**Jean G. Vidal-Font**
**Ferraiuoli LLC**
**PO Box 195168, San Juan, PR 00919-5168**
**Tel. (787) 766-7000 / Email: jvidal@ferraiuoli.com**

This Summons shall be published only once in a newspaper of general circulation in the Commonwealth of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to the above-named defendants by certified mail/return receipt requested, addressed to their last known address.

Should you fail to appear, plead or answer the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this case against you based on the relief demanded in the Complaint.

**BY ORDER OF THE COURT,** summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.6 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico.

In San Juan, Puerto Rico, this 28th of January, 2021.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date:  01/28/2021

*Signature of Clerk or Deputy Clerk*