

Government of Puerto Rico

# CERTIFICATE OF ORGANIZATION

I, **Raúl Márquez Hernández, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **TEAL PEAK CAPITAL LLC**, register number **452635**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **13th of October, 2020 at 02:51 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **October 13, 2020.**

**Raúl Márquez Hernández**
Secretary of State

1886604 - $250.00