EXHIBIT 8

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE BAYAMON**

| | |
|---|---|
| GERALD KLEIS PASARELL<br>DEMANDANTE<br>VS.<br>ALAN BRAM GOLDMAN T/C/C ALAN GOLDMAN<br>DEMANDADO | CIVIL NUM.:<br><br>SOBRE:  COBRO DE DINERO<br>(PROCEDIMIENTO ORDINARIO) |

# D E M A N D A

**AL HONORABLE TRIBUNAL:**

Comparece la demandante de epígrafe a través de la representación legal que suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. La parte demandante es mayor de edad, soltero, corredor de bienes raíces, licencia número 18432, y vecino de Condominio Playa Serena, apartamento 206, Carolina, Puerto Rico 00979 y dirección postal PO Box 9024216, San Juan, Puerto Rico 00902. Su teléfono es el 787-398-8333.

2. La parte demandada Alan Bram Goldman también conocido como Alan Goldman es mayor de edad, soltero, desarrollador y residente en 190 Northwood Drive, E. Montpelier, Vermont 05667, y dirección postal PO Box 158, Plainfield, Vermont 05667.

3. El demandado es el dueño de la siguiente propiedad inmueble:

> RUSTIC: Lot located in the North Side Development, Phase One, of Dorado Beach Estates, Incorporado, Ward Higuillar of the Municipality of Dorado, Puerto Rico, which is described in the Inscription Plan of the said North Side Development, Phase One, with the number area and boundaries that are hereinafter related: Lote number thirteen, with an area of five thousand three hundred ninety nine point four thousand seven hundred thirty-one square metters; bounding on the SOUTH, with an interior Street of the North Side Development, Phase One, Dorado Beach Estates Incorporado; on the NORTH, with Lots number seventeen and eighteen of the said North Side Development, Phase One, on the EAST, with Lot number twelve of the said North Side Development, Phase One, and on the WEST, with Lot number fourteen of the said North Side Development, Phase One.

BY2020CV03482 05/11/2020 12:08:52 pm Entrada Núm. 1 Página 2 de 3
Case 3:20-cv-01747-PAD   Document 18-8   Filed 04/07/21   Page 2 of 3

2

       Inscrita al Folio 123 del Tomo 46 de Dorado, Finca número 1,746, Registro de la Propiedad de Puerto Rico, Sección IV de Bayamón

4. La parte demandante fue contratada por la parte demandada para gestionar la venta del inmueble antes descrito. Se acordó que el precio a pedirse para la venta de la propiedad es de $3,150,000.00.

5. El demandado se comprometió con el demandante en pagarle un 4% de la venta si éste conseguía un comprador para la propiedad. Además, se acordó que si el demandado conseguía el comprador se pagaría al demandante el 1% por todas las gestiones que éste haría como corredor de bienes raíces para la venta del inmueble.

6. El demandado consiguió el comprador del inmueble y le pidió al demandante que se encargara de hacer todos los trámites necesarios como corredor de bienes raíces para que se diera la venta del inmueble.

7. El demandante participó activamente en el proceso de la venta y logró que el comprador obtuviera la información necesaria para que éste tomara una decisión para la compra del inmueble. En dicho proceso el demandado consultó activamente al demandante en el proceso de negociación a los fines de que las partes llegaran a un acuerdo. Así, el demandado y el comprador suscribieron un contrato de opción de compraventa para la propiedad mediante el convenido precio de $3,150,000.00. Se acompaña copia del contrato de compraventa como **ANEJO 1.**

8. Luego de que las partes llegaron al acuerdo para la compra del inmueble, el demandado se comunicó con el demandante y le expresó que no habría de honrar el acuerdo para el pago de la comisión que le corresponde por las gestiones realizadas a razón del 1% del precio de compraventa que asciende a la cantidad de $31,500.00.

9. Con anterioridad a la radicación de esta demanda, la parte demandante hizo gestiones extrajudiciales con el demandado para que éste le pague su comisión y el demandado ha expresado que no habrá de pagar la referida comisión.

3

10.  El demandado está próximo a llevar a cabo el cierre y por ello se hace necesario la presentación de esta demanda a los fines de asegurar que el demandante pueda cobrar la cantidad que se le adeuda por concepto de comisión por las gestiones que hizo como corredor de bienes raíces.

11.  La cantidad que se está reclamando en esta demanda está vencida, es líquida y exigible.

12.  La parte demandante solicita de este Tribunal el pago de los honorarios de abogado que el demandante tenga que incurrir para poder cobrar la cantidad que se le adeuda por el demandado, lo cual se estima en una suma no mayor del 25%.

**POR TODO LO CUAL,** se solicita muy respetuosamente de este Honorable Tribunal que previo los trámites de ley correspondientes se sirva dictar sentencia declarando con lugar la demanda y condene al demandado a pagar al demandante la suma de $31,500.00 por concepto de comisión como corredor de bienes raíces, más las costas, gastos y honorarios de abogados a razón del 25% de lo adeudado, más los intereses legales que correspondan en ley.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 5 de noviembre de 2020.

**/f/VICTOR M. RIVERA TORRES**
**RUA NÚM. 6606**
RIVERA COLON, RIVERA TORRES & RIVERA RIOS
ABOGADOS DE LA PARTE DEMANDANTE
1420 FERNANDEZ JUNCOS AVENUE
SAN JUAN, PUERTO RICO  00909
TEL. (787) 727-5710
FAX. (787) 268-1835
E-MAIL: victor.rivera@rcrtrblaw.com

mnh