**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **TEAL PEAK CAPITAL, LLC,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL NO. 20-1747 (PAD)** |
| **ALAN BRAM-GOLDMAN,** | |
| **Defendant.** | |

**ORDER**

The parties shall file, not later than **April 19, 2021,** a Joint Proposed Schedule with suggested deadlines as to the following procedural events:

1.     Rule 26 disclosures;

2.     Amendment to pleadings and to add parties;

3.     Conclusion of discovery;

4.     Filing of motion(s) for summary judgment.

5.     Joint Proposed Schedule should include a statement on whether all of the parties consent to the trial jurisdiction of a U.S. Magistrate Judge.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of April, 2021.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge