EXHIBIT 5

## Fwd: Withdrawal of Offer - Dorado Estates 13

Karla Barrera <smkarla1@gmail.com>
Thu 10/22/2020 11:08 AM
To: Alan Goldman <GoldieFun@msn.com>

Hello Alan,

Please find the withdrawal of my client's offer in the email below.

Karla

---------- Forwarded message ---------
From: **María del Rosario Fernández-Ginorio** <chary@ferraiuoli.com>
Date: Thu, Oct 22, 2020 at 10:02 AM
Subject: Withdrawal of Offer - Dorado Estates 13
To: Karla Barrera <smkarla1@gmail.com>

Karla,

After consideration of the conditions proposed by seller Mr. Lee has decided to withdraw his offer at this time. He wants to thank seller for his time and consideration. Please advise seller promptly and confirm you have done so.

Thank you,

Chary

María del Rosario Fernández-Ginorio

PO Box 195168 • San Juan, PR 00919-5168





221 Ponce de León Avenue, Suite 500 • San Juan, PR 00917

T. 787-766-7000

F. 787.766.7001

D. 787.777.1358

E. mfernandez@ferraiuoli.com

---

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.*

*P Before you print this E-mail, ask if it's really necessary. Our environment concerns us all...*

--

**Karla Barrera Morstad**
Co-Owner of Goodwinds
Real Estate Broker
(Broker Lic. #C18174)
Founder of Island&Key

WWW.ISLANDANDKEY.COM
Office: 787-340-9051
www.kitegoodwinds.com
Office: 787-233-7862