

Government of Puerto Rico
Department of State

Transaction Date: 13-Oct-2020
Register No: 452635
Order No: 1886604

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

**The name of the Domestic Limited Liability Company is: TEAL PEAK CAPITAL LLC**
**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **412 DORADO BEACH EAST, DORADO, PR, 00646** |
| Mailing Address | **412 DORADO BEACH EAST, DORADO, PR, 00646** |
| Phone | **(914) 924-4988** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **TEAL PEAK CAPITAL LLC** |
| Street Address | **412 DORADO BEACH EAST, DORADO, PR, 00646** |
| Mailing Address | **412 DORADO BEACH EAST, DORADO, PR, 00646** |
| Email | **JMGRZAN@GMAIL.COM** |
| Phone | **(914) 924-4988** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**The Company will engage in any and all lawful activity or business for which a limited liability company may be organized under Chapter XIX of the Puerto Rico General Corporation Law of 2009, as amended from time to time.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **MARCANO, CARMEN** |
| Street Address | **221 PONCE DE LEON AVENUE, 5TH FLOOR, SAN JUAN, PR, 00917** |
| Mailing Address | **PO BOX 195168, SAN JUAN, PR, 00919-5168** |
| Email | **CMARCANO@FERRAIUOLI.COM** |

### Article V - Administrators

Faculties will not end by presenting this Certificate.

TEAL PEAK CAPITAL LLC                                                                                           Domestic Limited Liability Company

### Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **13-Oct-2020**

### Supporting Documents

| Document | Date Issued |
|---|---|
| | |

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We MARCANO, CARMEN, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 13th day of October, 2020.