## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TEAL PEAK CAPITAL, LLC;** <br><br> Plaintiff, <br><br> v. <br><br> **ALAN BRAM GOLDMAN**; <br><br> Defendants. | Civil No. 3:20-cv-1747 <br><br><br> Breach Of Contract; Specific Performance Of Contract; Reimbursement Of Funds, Costs And Expenses |

## Motion to Continue with Legal Representation

**To the Honorable Court:**

**Comes Now**, Teal Peak Capital, LLC ("Teal Peak"), and through the undersigned attorney, respectfully states and prays:

1. The undersigned has been retained by Teal Peak to continue with the legal representation that to this point had been led by Jean G. Vidal-Font from Ferraiuoli, LLC.

**Wherefore**, the undersigned respectfully requests from this Honorable Court to take notice of the change of legal representation.

**Respectfully Submitted.**

In San Juan, Puerto Rico, this 21st day of April, 2021.

**I hereby certify** that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

**Sánchez-Betances, Sifre &
Muñoz-Noya, LLC**
33 Calle Bolivia, Suite 500
San Juan, PR 00917
t. 787-756-7880
f. 787-753-6580

s/*Adrián Sánchez-Pagán*
**Adrián Sánchez-Pagán**
USDPR NO. 223311
asanchez@sbsmnlaw.com