# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TEAL PEAK CAPITAL, LLC;**<br><br>Plaintiff,<br><br>v.<br><br>**ALAN BRAM GOLDMAN;**<br><br>Defendants. | Civil No. 3:20-cv-01747 (PAD)<br><br>**BREACH OF CONTRACT; SPECIFIC PERFORMANCE OF CONTRACT; REIMBURSEMENT OF FUNDS, COSTS AND EXPENSES** |

## MOTION IN COMPLIANCE WITH COURT ORDER AT DOCKET NO. 36

**TO THE HONORABLE COURT:**

**COMES NOW**, counsel for **Teal Peak Capital, LLC** ("TPC" and/or "Plaintiff") through the undersigned attorney, and respectfully alleges, states, and prays as follows:

1. On April 22, 2021, this Honorable Court ordered the undersigned to clarify if his request to withdraw was on behalf of TPC only, or if it included the legal representation of Mr. Grzan and Dr. Khimani.

2. The undersigned clarifies that while he had not yet assumed the legal representation of Mr. Grzan and Dr. Khimani in their personal capacity as to the allegations in this action, because procedurally Defendant had just included them in his recent pleading, the withdraw set forth by the undersigned is for the totality of this case.

3. As such, the undersigned will not be representing any party in this case. Thus, to the extent that this Court understood that the undersigned was representing Mr. Grzan and Dr. Khimani in their personal capacity in this case (which we had not yet appeared on their behalf), the undersigned clarifies and states that his withdraw from the case would include withdrawing

from their legal representation.

4.      Accordingly, the undersigned submits this motion in compliance with this Court's order at Docket No. 36, and upon the Court's acceptance of the same, respectfully requests that the undersigned be terminated for any subsequent notifications.

**WHEREFORE,** TPC respectfully requests this Honorable Court to grant the motion, deem this Court's order as complied with, and consequently allow for the undersign to withdraw as legal representation to TPC.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 22nd day of April, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall notify all counsels of record.

**Ferraiuoli** LLC
Attorneys for TPC
PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*/s/ Jean G. Vidal-Font*
Jean G. Vidal-Font
USDC-PR No. 227811
Email: jvidal@ferraiuoli.com