**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **TEAL PEAK CAPITAL, LLC,**<br><br>   **Plaintiff,**<br><br>         v.<br><br>**ALAN BRAM-GOLDMAN,**<br><br>   **Defendant.** | **CIVIL NO. 20-1747 (PAD)** |

**CASE MANAGEMENT ORDER**

The court issues this Case Management Order pursuant to Fed. R. Civ. P. 16(b) with the purpose of scheduling the course of litigation to achieve a just, speedy and inexpensive determination of this action.

- Deadline for Rule 26 disclosures: **May 6, 2021.**

- Deadline to amend the pleadings and to add parties: **May 17, 2021**.

- Motion(s) to dismiss or for judgment on the pleadings: **May 24, 2021.**

- Conclusion of all discovery: **October 22, 2021**. This deadline applies to requests for admissions, as well as both factual (including third-party) and expert discovery. Expert reports, reply reports, and supplements to expert reports and reply reports must be disclosed to the parties no later than 60 days before the discovery cutoff date to allow for meaningful discovery to take place with regards to those materials. The parties shall provide all such reports within a reasonable period in advance of the corresponding expert's deposition. Failure to do so may result in an order striking the material not so provided. Similarly, third-party discovery shall be timely sought so that any disputes can be resolved with enough time in advance of the discovery deadline to finalize discovery on or prior to the discovery cutoff date. Motions seeking the court's intervention to solve discovery disputes will be summarily denied unless the movant certifies "it has made a reasonable and good-faith effort to reach an agreement with opposing counsel on the matters set forth in the motion. An attempt to confer will not suffice." Local Civ. R. 26(b). The certification shall include the date on which the efforts were made and the name of the persons who conferred. Discovery will not be stayed in absence of specific court order. Every 60 days, beginning on **June 7, 2021**, the parties shall file a Joint Motion informing the court of the status of discovery.

- Deadline to file motion(s) for summary judgment: **November 22, 2021.**

Civil No. 20-1747 (PAD)
Case Management Order
Page 2

- Deadline to file opposition(s) to summary judgment: **December 22, 2021.** Replies and sur-replies will be allowed. They should be submitted without further court authorization not later than five (5) days after filing of the motion they are responding to (i.e. opposition or reply). No additional motions on the subject referred to in those filings are to be tendered or filed without prior court approval.

- Dispositive motions, oppositions and replies must be accompanied by certified or stipulated English translation of any supporting document not in the English language. Counsel shall cause all supporting documents not in the English language to be translated before filing a dispositive motion, opposition or reply.

- The parties shall deliver a courtesy copy of all dispositive motions in excess of 30 pages, exhibits included, to the Clerk's Office Counter of the Hato Rey courthouse in an envelope or box directed to the undersigned's chamber. The copies shall be bound (spiral, binder clip) and exhibits shall be numbered and separated by tabs. The exhibits shall include an index. Courtesy copies are due three (3) days after the corresponding motion was filed. Failure to comply shall result in the corresponding motion being stricken from the record.

- Pre-trial Conference: **to be scheduled as appropriate on a later date.**

- All deadlines are to be strictly enforced.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of April, 2021.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge