**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| TEAL PEAK CAPITAL, LLC; *Plaintiff and Counter Defendant*, And JOHN MICHAEL GRZAN AND NAMRATA KHIMANI *Counter Defendant*, v. ALAN BRAM GOLDMAN; *Defendant and Counter Claimant*. | Case No. 3:20-CV-01747 (PAD) BREACH OF CONTRACT; SPECIFIC PERFORMANCE OF CONTRACT; REIMBURSEMENT OF FUNDS, COSTS AND EXPENSES |

## NOTICE OF FILING RULE 26 INITIAL DISCLOSURES

**TO THE HONORABLE COURT:**

COMES NOW Alan Bram Goldman (hereinafter, "Mr. Goldman"), through the undersigned attorney, which very respectfully states and prays:

1. Notice is hereby given that Mr. Goldman has served his Rule 26 initial disclosures to Teal Peak Capital, LLC in compliance with the Court's Case Management Order. See Docket No. 38.

    .

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 6th day of May 2021.

*Attorney for Alan Bram Goldman*
**McConnell Valdés LLC**
PO Box 364225
San Juan, Puerto Rico 00936-4225
270 Ave. Muñoz Rivera

Hato Rey, PR 00918
T: 787-250-5604

By: s/ Antonio A. Arias-Larcada
Antonio A. Arias-Larcada, Esq.
USDC-PR 204906
aaa@mcvpr.com

IT IS HEREBY CERTIFIED that on this date we filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice electronically to all counsel at their address of record.

| | |
|---|---|
| Date: May 6, 2021 | By: s/Antonio A. Arias-Larcada<br>Attorney |