**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| TEAL PEAK CAPITAL, LLC; *Plaintiff and Counter Defendant*, And JOHN MICHAEL GRZAN AND NAMRATA KHIMANI *Counter Defendant*, v. ALAN BRAM GOLDMAN; *Defendant and Counter Claimant.* | Case No. 3:20-CV-01747 (PAD) BREACH OF CONTRACT; SPECIFIC PERFORMANCE OF CONTRACT; REIMBURSEMENT OF FUNDS, COSTS AND EXPENSES |

**JOINT MOTION INFORMING THE COURT OF THE STATUS OF DISCOVERY**

TO THE HONORABLE COURT:

Pursuant to this Honorable Court's Case Management Order, Docket No. 38, Plaintiff Teal Peak Capital, LLC and Defendant Alan Bram Goldman (both parties referred hereinafter as "the Parties") respectfully submit their Joint Motion Informing the Court of the Status of Discovery as follows:

1. On June 3, 2021, the Parties initiated settlement discussions.

2. For this reason, the Parties have yet to exchange their first set of interrogatories and requests for production of documents.

3. Subject to the outcome of the settlement discussions, the Parties will submit their respective First Set of Interrogatories and Request for Production of Documents on or before June 25, 2021.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 7 day of June, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall notify all counsels of record.

| | |
|---|---|
| *Attorney for Alan Bram Goldman* | *Attorney for Teal Peak Capital, LLC* |
| **McConnell Valdés LLC**<br>PO Box 364225<br>San Juan, Puerto Rico 00936-4225<br>270 Ave. Muñoz Rivera<br>Hato Rey, PR 0918<br>T: 787-250-5604 | **Sánchez-Betances, Sifre &<br>Muñoz-Noya, LLC**<br>33 Calle Bolivia, Suite 500<br>San Juan, PR 00917<br>t. 787-756-7880<br>f. 787-753-6580 |
| By: s/ Antonio A. Arias-Larcada<br>Antonio A. Arias-Larcada, Esq.<br>USDC-PR 204906<br>aaa@mcvpr.com | s/Adrián Sánchez-Pagán<br>Adrián Sánchez-Pagán<br>USDPR NO. 223311<br>asanchez@sbsmnlaw.com |