**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| **TEAL PEAK CAPITAL, LLC;** | Civil No. 3:20-cv-1747 |
| Plaintiff, |  |
| v. |  |
| **ALAN BRAM GOLDMAN**; | Breach Of Contract; Specific Performance Of Contract; Reimbursement Of Funds, Costs And Expenses |
| Defendants. |  |

## Motion in Compliance with Order
## <u>Regarding Request to Intervene</u>

**To the Honorable Court:**

  **Comes Now**, Teal Peak Capital, LLC ("TPC"), and through the undersigned attorney, respectfully states and prays:

  1. On June 11, 2021, Mr. Gerald Kleis Pasarell ("Mr. Kleis") –alleged real estate broker of defendant Alan Bram Goldman ("Mr. Goldman")—asked this Honorable Court to grant him authorization to participate in the action at bar as intervening co-plaintiff because of Mr. Goldman's alleged breach of their real estate agent contract. [ECF No. 60]  On that same day, this Honorable Court ordered the parties to respond not later than June 25, 2021. [ECF No. 62]

  2. In compliance, Plaintiff informs that it has no position on whether Mr. Kleis should be allowed to intervene as co-plaintiff.

  **Wherefore**, TPC respectfully requests from this Honorable Court to take notice of the above and deem it in compliance with its June 11 order at ECF No. 62.

**Respectfully Submitted.**

In San Juan, Puerto Rico, this 24th day of June 2021.

**I hereby certify** that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

**Sánchez-Betances, Sifre & Muñoz-Noya, LLC**
33 Calle Bolivia, Suite 500
San Juan, PR 00917
t. 787-756-7880
f. 787-753-6580

s/*Adrián Sánchez-Pagán*
**Adrián Sánchez-Pagán**
USDPR NO. 223311
asanchez@sbsmnlaw.com

2