# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TEAL PEAK CAPITAL, LLC** <br><br> Plaintiff, <br><br> v. <br><br> **ALAN BRAM GOLDMAN** <br><br> Defendants. | Civil No. 3:20-cv-1747(PAD) <br><br><br> Breach Of Contract; Specific Performance Of Contract; Reimbursement Of Funds, Costs And Expenses |

## NOTICE OF APPEARANCE AND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIM

**To the Honorable Court:**

**Come Now**, Mr. John Michael Grzan and his wife, Dr. Tamrata Khimani (jointly referred to as "Grzan-Khimani"), by and through the undersigned attorney, respectfully states and prays:

1. The undersigned attorney has been retained by the Grzan-Khimani to represent them in the instant case.

2. The undersigned attorney is duly admitted to practice before this Honorable Court and its address and phone numbers are the following:

**The Law Offices of Héctor Eduardo Pedrosa-Luna**
Attorney for Mr. John Michael Grzan and Dr. Tamrata Khimani
P.O. Box 9023963
San Juan, PR 00902-3963
Tel. 787-920-7983
Fax 787-754-1109
hectorpedrosa@gmail.com

3.     Furthermore, the Grzan-Khimani hereby respectfully request from this Honorable Court to grant them a thirty (30) days extension of time to file their answer to the Counterclaim filed at Docket No. 26.

4.     Pursuant to Fed. R. Civ. P 6(b) the extension of time requested herein will start on July 22, 2021 and end on August 21, 2021.

**Wherefore**, the undersigned respectfully requests from this Honorable Court to authorize the undersigned attorney as counsel for the Grzan-Khimani and to grant their request for extension of time to file their answer to the Counterclaim filed at Docket No. 26.

**Respectfully Submitted.**

In San Juan, Puerto Rico, this 21st day of July, 2021.

**I hereby certify** that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

**Héctor Eduardo Pedrosa Luna, Esq.**
P.O. Box 9023963
San Juan, PR 00902-3963
Tel. 787-920-7983
Fax 787-754-1109

s/*Héctor Eduardo Pedrosa Luna*
**Héctor Eduardo Pedrosa Luna**
USDPR NO. 223202
hectorpedrosa@gmail.com