# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GERALD KLEIS-PASARELL** <br><br> PROPOSED CO-PLAINTIFF-INTERVENOR-APPELLANT <br><br> VS. <br><br> **ALAN BRAM GOLDMAN** <br><br> DEFENDANT-APPELLEE | CIVIL NO. 20-1747 (PAD) <br><br><br> BREACH OF CONTRACT; SPECIFIC PERFORMANCE OF CONTRACT; REIMBURSEMENT OF FUNDS, COSTS AND EXPENSES |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that **Gerald Kleis Pasarell ("Intervenor" and/or "Kleis")**, hereby appeals from the Docket 95 Order entered in the above-entitled action on October 14th, 2021.

**RESPECTFULLY SUBMITTED**: In San Juan, Puerto Rico, on this 13th day of November, 2021.

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
E-Mail: victorriverarios@rcrtrblaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*S/VICTOR M. RIVERA-RIOS*
Attorney for the Appellant