# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:** November 24, 2021

**DC #:** 20-1747 (PAD) / INTERLOCUTORY APPEAL

**APPEAL FEE PAID:** YES __X__ NO _____

**CASE CAPTION:** Teal Peak Capital, LLC   v.   Bram-Goldman

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES __X__ NO _____

**NOTICE OF APPEAL FILED BY:** Intervenor Plaintiff: Gerald Kleis-Pasarell

**APPEAL FROM:** Order entered on 10/14/2021

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entry 95 & 101**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ
Clerk of the Court

S/ Mildred Concepción
Mildred Concepción
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk