# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

**BEFORE HONORABLE PEDRO A. DELGADO-HERNÁNDEZ**
Date: February 14, 2022

COURTROOM DEPUTY CLERK: Verónica S. Otero-Rivera

**CIVIL CASE NO. 20-1747 (PAD)**
**Teal Peak Capital LLC** v. **Alan Bram Goldman**

| | **Attorneys present** |
|---|---|
| Teal Peak Capital LLC | Adrian Sánchez-Pagán |
| v. | |
| Alan Bram-Goldman | Antonio A. Arias-Larcada |
| John Michael Garzan (Counter Defendant) | Héctor E. Pedrosa-Luna |

All parties were present via teleconference.

The following items were discussed: test to evaluate requests to prohibit sale of property; the parties' factual and legal theories; status of lis pendens related to local action against defendant and of discovery; and next steps in the litigation, including anticipated bench trial at some point during summer of 2022.

From the parties' description of relevant events, those items present factually intensive disputes calling for a trial rather than controversies amenable to resolution by way of potentially dispositive motions. At trial, witnesses may testify through Zoom, but counsel must be present in the courtroom.

**Plaintiffs shall respond to interrogatories/document requests not later than February 28, 2022. Discovery deadline was reset for May 31, 2022. A follow-up conference was set for May 6, 2022 at 4:00 p.m. before Judge Pedro A. Delgado-Hernandez.** The court instructed defendant's counsel that defendant shall inform court and all parties before undertaking any steps to dispose of the property.

s/ Verónica S. Otero-Rivera
Case Manager/Courtroom Deputy Clerk
to Hon. Judge Pedro A. Delgado-Hernández
U.S. District Court for the District of Puerto Rico