# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **TEAL PEAK CAPITAL, LLC,** | |
| **Plaintiff,** | **CIVIL NO. 20-1747 (PAD)** |
| **v.** | |
| **ALAN BRAM GOLDMAN,** | |
| **Defendant.** | |

## MINUTES OF PROCEEDINGS

Status Conference held by VTC. All parties present remotely. Conference started at 4:02 p.m. and ended at 4:25 p.m. Present were attorneys Adrián Sánchez (for Teal Peak Capital), Antonio Arias (for Alan Bram Goldman), and Héctor Pedrosa Luna (for John Michael Grzan and Namrata Khimani). Status of discovery discussed.

**Deadline for discovery extended for good cause until August 31, 2022. Pretrial Conference report due September 16, 2022. Pretrial Conference set for September 23, 2022, at 3:00 p.m. to be held via VTC.**

The Court inquired as to feasibility of settlement. Attorneys summarized discussions to date, from which the Court understands that the parties are too far apart to justify the Court's intervention in settlement conference(s).

s/ Verónica S. Otero-Rivera
Case Manager/Courtroom Deputy Clerk
to Hon. Judge Pedro A. Delgado-Hernández
U.S. District Court for the District of Puerto Rico