# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TEAL PEAK CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALAN BRAM-GOLDMAN, <br><br> Defendant. | CIVIL NO. 20-1747 (PAD) |

## ORDER

1. **Pretrial Conference.** Conference was held today, starting at 1:50 p.m. and ending at 2:15 p.m. Present were attorneys: Adrián Sánchez-Pagán for Teal Peak Capital, LLC; Antonio Arías-Larcada and José Andrés Irizarry-Castro for Alan Bram-Goldman; and Héctor E. Pedrosa-Luna for John Michael Grzan and Namrata Khimani.

2. **Presiding Judge.** Parties did not consent to the trial jurisdiction of a U.S. Magistrate Judge.

3. **Settlement.** Parties are evaluating settlement options, but counsel could not reasonably represent if settlement is feasible in this case.

4. **Bench Trial.** Trial was set for May 1, 2023, at 9:00 a.m. in Courtroom No. 3. To this end, court set aside May 1-4, 2023, and May 8, 2023.

5. **Joint Report.** Court reviewed the Joint Report ("Joint Proposed Pretrial Order"), pointing out that it understands the parties' theories, factual versions, and controversies in need of resolution. Court did not accept reservations regarding documents at pages 60 and 62, and identification referred to at page 61.

6. **<u>Witnesses</u>.** Witnesses will testify in the courtroom. Although counsel had indicated that Alan Bram-Goldman would be testifying from Vermont, he expressed that Mr. Goldman will be testifying in the courtroom. Witnesses, including the parties, will not be allowed to consult their testimony with counsel once they begin testifying.

7. **<u>Interpreters</u>.** None expected, except for one witness. The party using interpreter is responsible for retaining and paying for the interpreter.

8. **<u>Exhibits</u>.** To facilitate review, not later than 30 days before trial, each of the parties shall submit binder with hard copy of the exhibits, including a table of contents. Joint exhibits should be similarly submitted in a different binder. The exhibits must have been previously marked in coordination with Courtroom Deputy Clerk.

9. **<u>Joint Proposed Pretrial Order</u>.** Approved and adopted as Pretrial Order as modified by ruling in Item # 5.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of January, 2023.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
U.S. DISTRICT JUDGE
