AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

TEAL PEAK CAPITAL, LLC )
*Plaintiff* )
v. ) Case No. 20-1747(CVR)
ALAN-BRAM GOLDMAN )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALAN-BRAM GOLDMAN

Date: 04/10/2023

/S/ EDGARDO CARTAGENA SANTIAGO
*Attorney's signature*

EDGARDO CARTAGENA SANTIAGO - BAR #127411
*Printed name and bar number*

MORELL CARTAGENA & DAPENA, LLC
PO BOX 13399
SAN JUAN, PR  00908

*Address*

edgardo.cartagena@mbcdlaw.com
*E-mail address*

(787) 723-1233
*Telephone number*

(787) 723-8763
*FAX number*