CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Hasler
03/29/2023
US POSTAGE $00.60⁰

FIRST-CLASS MAIL

ZIP 00918
011D11607543

N.MR

FAB

**Alan Bram-Goldman**
1014 Terrace St.
Montpelier, VT 05602

2023 APR 14 PM5:31

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

CNR

713

00918>1703

NIXIE       015    CE 1           7204/09/23

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 00918170399      *2183-01129-29-45