# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| TEAL PEAK CAPITAL, LLC;<br><br>    Plaintiff and Counter Defendant,<br><br>And<br><br>JOHN MICHAEL GRZAN AND<br>NAMRATA KHIMANI<br><br>    Counter Defendant,<br><br>v.<br><br>ALAN BRAM GOLDMAN,<br><br>    Defendant. | CIVIL NO. 20-1747 (CVR) |

## JOINT MOTION FOR LEAVE TO FILE RESTRICTED FILING (SELECTED PARTIES)

**TO THE HONORABLE COURT:**

COME NOW Plaintiff Teal Peak Capital and Defendant, by their respective counsel, and state and pray:

1. Today, the parties are submitting their *Confidential* Stipulation for Entry of Judgment, in compliance with the Court's Order at Docket No. 151, pursuant to which the Court will enter Judgment dismissing the case with prejudice.

2. Because the stipulation is confidential per the parties' agreement, the parties wish to submit it to the Court as a restricted filing, viewable only to Plaintiff and Defendant.

WHEREFORE, Plaintiff and Defendant respectfully request that they be allowed to file the Confidential Stipulation for Entry of Judgment **under seal** (as a restricted filing), viewable *only* to Plaintiff and Defendant.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**

I CERTIFY that today I have electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all attorneys of record.

In San Juan, Puerto Rico, this 19th day of May, 2023.

*Attorney for Plaintiff*

**Sánchez-Betances, Sifre & Muñoz-Noya**
PO Box 364428
San Juan, PR
t. 787-756-7880
f. 787-753-6580

*s/Adrián Sánchez-Pagán*
Adrián Sánchez-Pagán
USDPR NO. 223311
asanchez@sbsmnlaw.com

*Attorney for Defendant*

**MORELL CARTAGENA & DAPENA**
PO Box 13399
San Juan, PR 00908
Tel. 787-723-1233
Fax. 787-723-8763

*/s/ Edgardo Cartagena*

Edgardo Cartagena
USDC PR No. 127411
edgardo.cartagena@mbcdlaw.com

*/s/ Iván J. Lladó*
Iván J. Lladó
USDC PR No. 302002
ivan.llado@mbcdlaw.com